**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7572**

BERNARD MCFADDEN,

                    Plaintiff - Appellant,

        v.

MS. CYNTHIA YORK, Classification Officer of Kershaw
Correctional Institution; MS. CECILIA REYNOLDS, Warden of
KRCI; MS. L. MILLER, a/k/a Lula Miller, First Name Unknown,
Lieutenant of KRCI, in their individual or personal
capacities; JOHN OR JANE DOE, a/k/a Jane Doe, Clerk, US
District Court; MR. J. C. GASTON, a/k/a Jannita C. Gaston,
Grievance Hearing Officer; in their individual or personal
capacities,

                    Defendants – Appellees,

        and

JOHN OR JANE DOES, Step 2 Grievance Hearing Officers,

                    Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  J. Michelle Childs, District
Judge. (8:13-cv-02278-JMC)

Submitted:  March 17, 2015         Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bernard McFadden, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McFadden v. York, No. 8:13-cv-02278-JMC (D.S.C. Sept. 29, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3